UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARRYL ANTHONY PHELPS,

                Plaintiff,

-against-

UNITED STATES OF AMERICA,

                Defendant.

23-CV-318 (LTS)

CIVIL JUDGMENT

For the reasons stated in the January 24, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   January 24, 2023
            New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge